IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| PHARMABIODEVICE CONSULTING, LLC, :<br>   :<br>        Plaintiff :<br>   :<br>v. :     No. 8:14-cv-00732 (PWG)<br>   :<br>LAVERNE EVANS, :<br>   :<br>        Defendant. : | |

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

COMES NOW, Plaintiff, Pharmabiodevice, LLC, by and through undersigned counsel Kathlynne Ramirez, Esq. and the Law Office of Kathlynne Ramirez, Esq. LLC, and respectfully submits this Opposition to Defendant's Motion to Dismiss.

For cause, the Plaintiff states the following:

1. The court has personal jurisdiction over the Defendant. Specifically, Defendant caused tortuous injury in Maryland by an out-of-state act, Defendant regularly solicits business in Maryland and derives substantial revenue from services in Maryland. Plaintiff has minimum contacts with Maryland that were not accidental. Defendant purposefully availed herself of the privilege of conducting activities within the forum state, thus invoking the benefits and protections of its laws when she repeatedly and consistently reached out to the Plaintiff, and made money as a result of her employment with Plaintiff. (Ogunsanya affidavit) It was foreseeable that the Defendant's activities make her amenable to suit in Maryland. Defendant's Independent Consultant Agreement contained a Choice of Law provision, where Defendant

understood that the Agreement would be construed pursuant to the laws of the State of Maryland. Lastly, the Agreement was executed in Gaithersburg, Maryland. (Doc 1-1 p. 9)

2. The court has subject matter jurisdiction. The aggregate value of all claims is equivalent to $912,500, exclusive of interest and costs. Therefore, the amount in controversy exceeds $75,000, and diversity jurisdiction is met.

3. The Plaintiff has met its pleading obligation.

4. Plaintiff's Memorandum of Law in Support and proposed Order is filed herewith.

**WHEREFORE,** Plaintiff Pharmabiodevice Consulting LLC respectfully moves this Court for an Order:

1. Granting the Plaintiff leave to amend her Complaint; and

2. Denying the Defendant's Motion to Dismiss.

Respectfully Submitted,

Dated: May 9, 2014

Kathlynne Ramirez, Esq. LLC
142 Windbrooke Circle
Gaithersburg, Maryland 20879
Tel: (240) 372-1832
Fax: (301) 216-0615
kramirez@kramirezlaw.com
(Federal Bar No. 28792)
Attorney for Plaintiff
Pharmabiodevice Consulting, LLC

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and accurate copy of the foregoing was served by electronic filing in the CM/ECF system of the United States District Court, District of Maryland on this 9th day of May 2014 to:

James G. Nowogrocki
Weiss Attorneys At Law, P.C.
1015 Locust Street, Ste. 400
St. Louis, Missouri 63101
jnowogrocki@weisslawstl.com
Attorney for Defendant

Ari M. Wilkenfeld
The Wilkenfeld Law Group
1050 Connecticut Ave., NW, Ste. 1000
Washington, DC 20036
ari@wilkenfeldlaw.com

Dated:  May 9, 2014

_____
Kathlynne Ramirez, Esq. LLC